**United States District Court**
**Violation Notice**

CVB Location Code: A107

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7350939 | J. Baird | 617 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 05/03/2019 04:59
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.23(a)(1)

Place of Offense: Grand Canyon National Park
33 Moran St. / PO Box 3401

Offense Description: Factual Basis for Charge    HAZMAT ☐

Operating under the influence of alcohol

**DEFENDANT INFORMATION**    Phone: (   )

Last Name: Adson
First Name: Leonard
M.I.: —

City: Grand Canyon
State: AZ
Zip Code: 86023
Date of Birth (mm/dd/yyyy): 1963

Drivers License No.: —
CDL ☐   D.L. State: AZ
Social Security No.: 238

☒ Adult  ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: BLK   Eyes: BRN   Height: 5'11   Weight: 160

**VEHICLE**   VIN:

Tag No.: —   State: AZ   Year: 17   Make/Model: Chevy Colorado   PASS ☐   Color: BLK

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: J. Vanoragt  928-556-5011
Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: ARREST

---

NP19045218

19-04115PO-001-PCT-CDB

7350939

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 3, 2019 while exercising my duties as a law enforcement officer in the ___ District of Arizona I received a page-out from Grand Canyon Dispatch at approximately 04:29 hours of an intoxicated, disorderly male fighting within his residence at 33 Moran St. within Grand Canyon National Park. Additionally, dispatch informed me the male subject was attempting to leave the residence. I arrived on scene at approximately 04:40 hours and observed a black Chevy Colorado (AZ: ___) parked and pulled into the driveway at 33 Moran St. The vehicle was running, the parking brake lights were activated, and the vehicle was in reverse upon arrival.

I contacted the driver with U.S. Park Ranger, Sara Shoemaker, and observed the vehicle was running with the keys in the ignition. I smelled the odor of an alcohol beverage emanating from the driver upon contact. Additionally, I observed an empty 18-pack of Coors beer in the back seat of the vehicle with approximately eight open containers of alcohol on a nearby picnic table outside of the residence.

I asked the driver to exit the vehicle and identified him by his Arizona driver's license as Leonard ADSON of Grand Canyon, Arizona. I asked ADSON where he was driving and he stated he was, "Going to Yavapai to meet a friend." I heard ADSON slur his speech and had ongoing difficulties in answering simple questions. I asked ADSON how much alcohol he had had to drink and he stated he had had a 12-pack of beer earlier in the evening.

Based on these observations, I performed Standardized Field Sobriety Tests (SFSTs) with the following results:

SFSTs provided the following information:
HGN: Three out of a maximum of six clues observed (suspect's right eye is blind and I was unable to perform HGN on this eye)
Walk and Turn: Eight out of a maximum of eight clues observed
One Leg Stand: Four out of a maximum of four clues observed
Field Preliminary Breath Test (PBT) test result: 0.112 BrAc

Based upon the clues provided in the SFSTs, I placed ADSON under arrest and conducted a search incident to arrest.
I cited ADSON for 36 C.F.R. 4.23 (a)(1), operating a motor vehicle under the influence of alcohol.
Contact was audio and video recorded.
CVB Location Code: A107
Federal Violation Number: 7350939
IMARS Case Number: NP19045218

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/03/2019   *J. Baird*
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 5/3/19   *Camille D Bibles*
Date (mm/dd/yyyy)   U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: A107

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7350943 | J. Baird | 617 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 05/03/2019 04:59 | 36 CFR 4.23(a)(2) |

Place of Offense: Grand Canyon National Park
83 Moran St.

Offense Description: Factual Basis for Charge — HAZMAT ☐

operating under the influence of alcohol > 0.08 BrAC

### DEFENDANT INFORMATION
Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| Adson | Leonard | - |

Street Address: —

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Grand Canyon | AZ | 86023 | /  /1963 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
|  |  | AZ | ...38 |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female
Hair: BLK  Eyes: BRN  Height: 5'11"  Weight: 160

### VEHICLE   VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| — | AZ | 17 | Chevy Colorado |  | BLK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: J. van Dragt  928-656-5011
Date (mm/dd/yyyy): TBD
Time (hh:mm): TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: ARREST

NP1904S218
7350943

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 3, 2019 while exercising my duties as a law enforcement officer in the _____ District of Arizona I received a page-out from Grand Canyon Dispatch at approximately 04:29 hours of an intoxicated, disorderly male fighting within his residence at 33 Moran St. within Grand Canyon National Park. Additionally, dispatch informed me the male subject was attempting to leave the residence. I arrived on scene at approximately 04:40 hours and observed a black Chevy Colorado (AZ; _____) parked and pulled into the driveway at 33 Moran St. The vehicle was running, the parking brake lights were activated, and the vehicle was in reverse upon arrival.

I contacted the driver with U.S. Park Ranger, Sara Shoemaker, and observed the vehicle was running with the keys in the ignition. I smelled the odor of an alcohol beverage emanating from the driver upon contact. Additionally, I observed an empty 18-pack of Coors beer in the back seat of the vehicle with approximately eight open containers of alcohol on a nearby picnic table outside of the residence.

I asked the driver to exit the vehicle and identified him by his Arizona driver's license as Leonard ADSON of Grand Canyon, Arizona. I asked ADSON where he was driving and he stated he was, "Going to Yavapai to meet a friend." I heard ADSON slur his speech and had ongoing difficulties in answering simple questions. I asked ADSON how much alcohol he had had to drink and he stated he had had a 12-pack of beer earlier in the evening.

Based on these observations, I performed Standardized Field Sobriety Tests (SFSTs) with the following results:

SFSTs provided the following information:
HGN: Three out of a maximum of six clues observed (suspect's right eye is blind and I was unable to perform HGN on this eye)
Walk and Turn: Eight out of a maximum of eight clues observed
One Leg Stand: Four out of a maximum of four clues observed
Field Preliminary Breath Test (PBT) test result: 0.112 BrAc

Based upon the clues provided in the SFSTs, I placed ADSON under arrest and conducted a search incident to arrest.
ADSON consented to an Intoxilizer 8000 breath test. On 5/3/19 at 07:07 hours, BrAC=0.159 and at 07:13 hours, BrAC=0.166.
I cited ADSON for 36 C.F.R. 4.23 (a)(2), operating a motor vehicle under the influence of alcohol, >0.08.
Contact was audio and video recorded.
CVB Location Code: A107
Federal Violation Number: 7350943
IMARS Case Number: NP19045218

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/03/2019  *A. Baird*
              Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 5/3/19  *Camille D. Bibles*
              Date (mm/dd/yyyy)  U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: **A107**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7350944 | Baird | 617 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 04:89 05/03/2019
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 2.34(a)(1)

Place of Offense: Grand Canyon N.P. 33 Moran St.

Offense Description: Factual Basis for Charge: HAZMAT ☐

Disorderly conduct - fighting / threatening

### DEFENDANT INFORMATION
Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| Adson | Leonard | — |

Street Address: [illegible]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Grand Canyon | AZ | 86023 | 1963 |

Drivers License No: ( ) CDL ☐ D.L. State: AZ Social Security No.: 1238

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female
Hair: BLK  Eyes: BRN  Height: 5'11"  Weight: 160

### VEHICLE
VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  | AZ | 17 | Chevy Colorado |  | BLK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: J. VanDragt  928-556-5011
Date (mm/dd/yyyy): TBD
Time (hh:mm): TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: **ARREST**

(Rev 09/2015)    Original - CVB Copy

NP19045218
7350944

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 3, 2019 while exercising my duties as a law enforcement officer in the          District of Arizona I received a page-out from Grand Canyon Dispatch at approximately 04:29 hours of an intoxicated, disorderly male fighting within his residence at 33 Moran St. within Grand Canyon National Park. Additionally, dispatch informed me the male subject was attempting to leave the residence. I arrived on scene at approximately 04:40 hours and observed a black Chevy Colorado (AZ:            ) parked and pulled into the driveway at 33 Moran St. with the engine running.

I contacted the driver with U.S. Park Ranger, Sara Shoemaker, and observed the vehicle was running with the keys in the ignition. I smelled the odor of an alcohol beverage emanating from the driver upon contact. I asked the driver to exit the vehicle and identified him by his Arizona driver's license as Leonard ADSON of Grand Canyon, Arizona. I asked ADSON how much alcohol he had had to drink and he stated he had had a 12-pack of beer earlier in the evening.

I asked ADSON about the fighting inside the residence prior to our arrival. ADSON did not answer my question and stated he was planning on leaving. I contacted the reporting party, ADSON's daughter who also resides at 33 Moran St. The daughter stated ADSON came into the residence around 04:00 hours and began yelling and broke a plate on the ground. The daughter, her two siblings, and ADSON's wife woke up and the daughter stated ADSON began yelling loudly at ADSON's wife. The daughter stated she did not feel safe with ADSON in the residence and decided to call 911. ADSON's daughter stated ADSON frequently drinks heavily on his weekends and often behaves in this manner towards his wife and children.

I placed ADSON under arrest and conducted a search incident to arrest. I cited ADSON for 36 C.F.R. 2.34 (a)(1), disorderly conduct (fighting). Contact was audio and video recorded.
CVB Location Code: A107
Federal Violation Number: 7350944
IMARS Case Number: NP19045218

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/03/2019   *J. Baird*
Date (mm/dd/yyyy)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 5/3/19   *Camille D Bibles*
Date (mm/dd/yyyy)      U.S. Magistrate Judge